B6C (Official Form 6C) (12/07)

In re  **Jason Owens,**
       **Maya Owens**
                                                                ,
                                    Debtors

Case No.   **09-23702**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America, N.A. PO Box 25118, Tampa, FL 33622-5118 Acct- 6972 Business Account for Vantage Investment Group, LLC | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 300.00 |
| Bank of America, N.A. PO Box 25118, Tampa, FL 33622-5118 Acct- 3127 Business Account for Maya Owens, LLC | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 300.00 |
| Bank of America, N.A. PO Box 25118, Tampa, FL 33622-5118 Acct- 2497 Business Account for Maya Owens, PC | Nev. Rev. Stat. § 21.090(1)(z) | 5.00 | 5.00 |
| Bank of America, N.A. PO Box 25118, Tampa, FL 33622-5118 Acc1695 Business Account for Maya Owens | Nev. Rev. Stat. § 21.090(1)(z) | 70.00 | 70.00 |
| Bank of America, N.A. PO Box 25118, Tampa, FL 33622-5118 Acct- 3125 Business Account (Joint Account) | Nev. Rev. Stat. § 21.090(1)(z) | 1,000.00 | 1,000.00 |
| Primerica, Money Market account #1953 | Nev. Rev. Stat. § 21.090(1)(z) | 100.14 | 125.47 |
| Primerica, Money Market account #2753 | Nev. Rev. Stat. § 21.090(1)(z) | 25.33 | 25.33 |
| **Household Goods and Furnishings** Furniture | Nev. Rev. Stat. § 21.090(1)(b) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Books and Pictures | Nev. Rev. Stat. § 21.090(1)(a) | 500.00 | 500.00 |
| **Wearing Apparel** Clothing | Nev. Rev. Stat. § 21.090(1)(b) | 500.00 | 500.00 |
| **Furs and Jewelry** Wedding Rings | Nev. Rev. Stat. § 21.090(1)(a) | 1,000.00 | 1,000.00 |
| Sports hobbys | Nev. Rev. Stat. § 21.090(1)(a) | 100.00 | 100.00 |
| **Interests in Insurance Policies** Primerica, Term Life insurance (Jason and Maya Owens) | Nev. Rev. Stat. § 21.090(1)(k) | 575,000.00 | 575,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Primerica, Roth IRA Account #1971 | Nev. Rev. Stat. § 21.090(1)(r) | 7,243.92 | 6,910.49 |
| Primerica, Roth IRA Account #3506 | Nev. Rev. Stat. § 21.090(1)(r) | 5,675.43 | 5,462.47 |
| **Patents, Copyrights and Other Intellectual Property** Maya Owens, PC | Nev. Rev. Stat. § 21.080.2 | 10.00 | Unknown |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Jason Owens,**
         **Maya Owens**                                                                 ,
                                                              Debtors

Case No.   **09-23702**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Maya Owens, LLC.** | **Nev. Rev. Stat. § 21.080.2** | 10.00 | **Unknown** |
| **Vantage Investment Group, LLC** | **Nev. Rev. Stat. § 21.080.2** | 10.00 | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1996 Land Rover Discover (114,000 Miles)** | **Nev. Rev. Stat. § 21.090(1)(f)** | 2,500.00 | 2,500.00 |
| **1999 Lexus RX300 (104,000 miles)** | **Nev. Rev. Stat. § 21.090(1)(f)** | 5,000.00 | 5,000.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer and Printer** | **Nev. Rev. Stat. § 21.090(1)(d)** | 500.00 | 500.00 |
| **Animals** | | | |
| **1 Dog and 1 Cat (adopted)** | **Nev. Rev. Stat. § 21.080.2** | 0.00 | 0.00 |
| | Total: | **601,849.82** | **601,298.76** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# United States Bankruptcy Court
### District of Nevada

In re: **Jason Owens / Maya Owens**, Debtor(s)

Case No. **09-23702**
Chapter **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **0** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **December 2, 2009**    Signature **/s/ Jason Owens**
Jason Owens
Debtor

Date **December 2, 2009**    Signature **/s/ Maya Owens**
Maya Owens
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.